

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

February 11, 2008

Clerk, United District Court
 Northern District of California
Internal Box 36060
San Francisco, CA

*FILED*
*FEB 2 2 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Re:   Transfer of our Civil Case No.   CV08-336-RSWL (AJW)

      Case Title:  Oluwa v. Secretary of California

Dear Sir/Madam:

      An order having been made transferring the above-numbered case to your district, we are
transmitting herewith our entire original file in the action, together with certified copies of the order and
the docket. Please acknowledge receipt of same and indicate below the case number you have assigned
to this matter on the enclosed copy of this letter and return it to our office. Thank you for your
cooperation.

                          Very truly yours,

                          Clerk, U.S. District Court

                          By
                              Deputy Clerk

cc:   All counsel of record

====================================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case
number CV: _____ **CV  08          1086** MMC **(PR)**

                          Clerk, U.S. District Court

                          By
                              Deputy Clerk

CV-22 (01/01)                 TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT

I hereby attest and certify on 2/12/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1196

FILED
CLERK, U.S. DISTRICT COURT

FEB - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| RAS ADISA GAMBA OLUWA, | ) | |
| | ) | |
| Petitioner, | ) | No. CV 08-336-RSWL(AJW) |
| | ) | |
| v. | ) | |
| | ) | |
| SECRETARY OF CALIFORNIA, | ) | MEMORANDUM AND ORDER |
| | ) | TRANSFERRING PETITION |
| Respondent. | ) | |
| | ) | |

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the following reasons, the petition is transferred to the United States District Court for the Northern District of California.

Petitioner is incarcerated in Pelican Bay State Prison, in Crescent City, California, and was incarcerated there when he filed this petition. [Petition at 1-3]. Crescent City is in Del Norte County, which is located in the Northern District of California. 28 U.S.C. §84(a). Further, although petitioner was convicted in this district, he does not challenge that conviction or sentence. Instead, petitioner challenges a decision by the Board of Prison Terms finding that he was unsuitable for parole. [Petition at 5].

1     A petition for a writ of habeas corpus filed by a person in
2  custody under the judgment of a state court of a state located within
3  a state which contains two or more federal judicial districts may be
4  filed in either the district of confinement or the district of
5  conviction.  See 28 U.S.C. § 2241(d).  Although each district has
6  concurrent jurisdiction to entertain the petition, the district court
7  in which the petition was filed may transfer the petition to another
8  district in the furtherance of justice.  See 28 U.S.C. § 2241(d).  If
9  a petition challenges a conviction or sentence, venue in the district
10  in which the petitioner was convicted and sentenced is preferred. If,
11  as here, the petition is directed to the manner in which a sentence is
12  being executed - for example, if it involves parole or time credits
13  claims - the district of confinement is the preferable forum.  See
14  Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

15     Venue is preferable in the district of confinement since the
16  petition challenges the execution of petitioner's sentence rather than
17  petitioner's conviction or sentence itself.  Dunne, 875 F.2d at 249.
18  In the interests of justice, this action is transferred to the United
19  States District Court for the Northern District of California.  See 28
20  U.S.C. § 1404(a).

21  **It is so ordered.**

23  Dated: Feb 7, 2008

24                 **RONALD S.W. LEW**

25                 Ronald S.W. Lew
26                 Senior United States District Judge

CM/ECF - California Central District - Docket Report    Case 2:08-cv-00336-MMM    Document 1    Filed 02/22/2008    Page 4 of 39    Page 1 of 2

194, CLOSED, RELATED-DDJ

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08-cv-00336-RSWL-AJW
### Internal Use Only

Ras Adisa Gamba Oluwa v. Secretary of California Department of Corrections and Rehabilitation
Assigned to: Judge Ronald S.W. Lew
Referred to: Magistrate Judge Andrew J. Wistrich
Related Case: 2:92-cv-01477-RSWL-GHK
Case in other court: USCA for the Ninth Circuit, 07-73813
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/18/2008
Date Terminated: 02/08/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Ras Adisa Gamba Oluwa**

I hereby attest and certify on _2/12/08_
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1196

represented by **Ras Adisa Gamba Oluwa**
CDC #C-48441
Pelican Bay State Prison
P O Box 7500
Crescent City, CA 95532
707-465-9160
PRO SE

V.

**Respondent**

**Secretary of California Department of Corrections and Rehabilitation**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2008 | 🔵 | (Court only) Related cases: : Create association to 2:92-cv-01477-RSWL-GHK. (rn) (Entered: 01/29/2008) |
| 01/18/2008 | 🔵 | ORIGINAL file, certified copy of transfer order and docket sheet received from District of USCA for the Ninth Circuit; Case Number; Case Number 07-73813. Case assigned to Judge Ronald S.W. Lew, Case referred to Magistrate Judge Andrew J. Wistrich.(ghap) (Entered: 01/28/2008) |
| 01/18/2008 | 🔵1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge Ronald S.W. Lew and referred to Magistrate Judge Andrew J. Wistrich. (Filing fee $ 5: FEE DUE.), filed by petitioner Ras Adisa Gamba Oluwa. The original docket was filed in Court of Appeals for the Ninth Circuit, case number 07-73813, docment number 1 on 9/26/07. (Attachments: # 1 Part 2 of Petition# 2 CV-38 and CV-111# 3 USCA Ninth Circuit Docket Tranfer Sheets)(ghap) (Entered: 01/28/2008) |
| 01/18/2008 | 🔵2 | ORDER by Judge Alfred T. Goodwin, Stephen R. Reinhardt and William A. Fletcher, Order filed: The Clerk shall substitute Robert Horel, Warden, as the proper respondent. Accordingly, the clerk shall transfer the petition to the United States District Court for the Central District of California. The original document was filed in USCA for the Ninth Circuit, case number 07-73813, document filed on 12/27/07. (ghap) Modified on 1/28/2008 (ghap, ). (Entered: 01/28/2008) |
| 01/18/2008 | 🔵3 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Ronald S.W. Lew and referred to Magistrate Judge Andrew J. Wistrich to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (ghap) (Entered: 01/28/2008) |
| 02/08/2008 | 🔵4 | ORDER by Judge Ronald S.W. Lew transferring case to Northern District of California. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (Attachments: # 1 |

| | | |
|---|---|---|
| | | Letter) (mz) (Entered: 02/12/2008) |
| 02/11/2008 | ◐5 | TRANSMITTAL of documents to the Northern District of California of the entire original case file with certified copies of the order and the docket. (mz) (Entered: 02/12/2008) |

1 Ras Adisa Gamba Oluwa - Pro Se
Pelican Bay State Prison
2 P.O. Box 7500
3 Crescent City, CA 95532
4 (Tel) 707 465 9160

5

6

7

8

9

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

SEP 24 2007

FILED

**ORIGINAL**

CV 08 - 336 - RSWL ( AJW )

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

10 Ras Adisa Gamba Oluwa,        No. 07-73813
11        Petitioner,        (To be provided by court)

12        vs.

13 Secretary of California
Department of Corrections
14 and Rehabilitation, et al.,
15        Respondents.

APPLICATION FOR LEAVE
TO FILE SECOND OR
SUCCESSIVE PETITION OR
MOTION UNDER 28 U.S.C.
§ 2254 OR § 2255

16 To. Clerk of Court and Justice :

17 **INTRODUCTION:**

18        This is a challenge to a particular

19 Board of Parole Hearings decision of 26 July 2006
20 finding petitioner not suitable for parole which
21 post-dated petitioner's first federal habeas of 19
22 August 1993 and therefore should not be barred as
23 successive. Because petitioner's prior federal habeas
24 petition was denied on the merits with prejudice, this
25 new petition constitutes " a second or successive
26 petition." As a result, petitioner is required to move
27 in this court for an order authorizing the district
28 //

1.

1 COURT TO CONSIDER THE PETITION. SEE: 28 U.S.C. § 2244
2 (b)(3)(A). THE FACTUAL PREDICATE FOR THE CLAIM (DENIAL
3 OF A PAROLE date ON 26 July 2006) COULD NOT HAVE BEEN
4 DISCOVERED PREVIOUSLY THROUGH THE EXERCISE OF due
5 DILIGENCE AS THE BOARD'S DECISION WAS UNSUPPORTED
6 BY EVIDENCE THAT ESTABLISHES PETITIONER AS A PRESENT
7 DANGER TO SOCIETY AFTER 27 YEARS OF INCARCERATION.
8 UNDER FEDERAL DUE PROCESS THE BOARD IS REQUIRED TO
9 RELEASE PETITIONER IF HE IS NOT A DANGER TO SOCIETY.
10 SEE: BIGGS V. TERHUNE, 334 F.3d 910, 915; McQUILLION
11 V. DUNCAN, 306 F.3d 895, 902 (2002). PAROLE IS
12 'NORMALLY' TO BE GRANTED. SEE: IN RE SCOTT, 119 CAL.
13 APP. 4TH 871, 891 (QUOTING CAL. PEN. CODE § 3041(a)).
14 YOU MUST ANSWER THE FOLLOWING QUESTIONS:
15                                                          1. WHAT
16 CONVICTION(S) ARE YOU CHALLENGING? NONE.
17                                                          2. IN
18 WHAT COURT(S) WERE YOU CONVICTED OF THESE CRIME(S)?
19 N/A.                                                     3. WHAT
20 WAS THE DATE OF EACH OF YOUR CONVICTION(S) AND WHAT
21 IS THE LENGTH OF EACH SENTENCE? 24 APRIL 1982,
22 15 YEARS TO LIFE.                                        4. WITH
23 RESPECT TO EACH CONVICTION AND SENTENCE, HAVE YOU
24 EVER FILED A PETITION OR MOTION FOR HABEAS CORPUS
25 RELIEF IN FEDERAL COURT UNDER 28 U.S.C. § 2254 OR
26 § 2255? YES.
27 (a) IN WHICH FEDERAL district COURT did YOU FILE A
28 PETITION OR MOTION? CENTRAL (WESTERN DIVISION).

2.

1 (b) What was the docket number? CV93-4962RSWL(AJW).
2 (C) On what date did you file the petition/motion?
3 19 August 1993.
4                                                    5. What
5 grounds were raised in your previous habeas proceeding?
6 (List all grounds and issues previously raised in
7 that petition/motion)   Petitioner asserted that he
8 was entitled to have his term of imprisonment set
9 by the Board in a manner proportional to his
10 individual culpability. Petitioner asserted that he
11 was entitled to yearly parole hearings.
12                                                    6. Did
13 the District Court hold an evidentiary hearing?
14 No.                                                7. How
15 did the District Court rule on your petition/motion?
16 District Court denied petition.
17 (Attach copies of all reports and orders issued
18 by the District Court)   My copies are unavailable
19 due to water pipes busting and water/flood
20 destroying the case files!                         8. On
21 what date did the District Court decide your
22 petition/motion?   21 June 1995             9. Did
23 you file an appeal from that disposition?  Yes.
24 (a) What was the docket number of your appeal?
25 No. 95-56665.
26 (b) How did the Court of Appeals decide your
27 appeal?   The judgment was affirmed.   10. State
28 concisely each and every ground or issue you wish

3.

1 TO RAISE IN YOUR CURRENT PETITION OR MOTION FOR HABEAS
2 RELIEF. SUMMARIZE BRIEFLY THE FACTS SUPPORTING EACH
3 GROUND OR ISSUE.
4    STATEMENT OF GROUND OR ISSUE:  PETITIONER'S RIGHT
5 TO DUE PROCESS WAS VIOLATED AT HIS 26 JULY 2006
6 BOARD HEARING AS PETITIONER HAD SERVED 27 YEARS
7 AND NO EVIDENCE WAS PRESENTED WHICH SHOWS HIM TO BE
8 PRESENTLY A DANGER TO SOCIETY, THUS PETITIONER
9 REQUESTED HIS RELEASE DATE BE SET WITHOUT REFERENCE
10 TO SUITABILITY FOR PAROLE AS UNDER CALIFORNIA LAW
11 A PRISONER IS ENTITLED TO PAROLE IF HE IS NOT
12 PRESENTLY A DANGER TO SOCIETY.
13 THE RECORD SIMPLY DOES NOT CONTAIN ANY EVIDENCE
14 THAT PETITIONER'S ACT OF SECOND DEGREE MURDER WAS,
15 IN CONTRAST TO THE LARGE MAJORITY OF SUCH OFFENSES,
16 PARTICULARLY EGREGIOUS. NOR DOES IT CONTAIN ANY
17 EVIDENCE THAT PETITIONER IS CURRENTLY A THREAT TO
18 SOCIETY. GIVEN THAT BOTH FINDINGS ARE REQUIRED
19 BY CALIFORNIA LAW THERE IS ZERO EVIDENCE IN THE
20 RECORD TO SUPPORT THE BOARD'S DECISION TO DENY
21 PAROLE. SEE: IN RE SCOTT, 119 CAL. APP. 4TH 871, 891
22 (2004) (" PAROLE IS THE RULE, RATHER THAN THE EXCEPTION,
23 AND A CONVICTION FOR SECOND DEGREE MURDER DOES
24 NOT AUTOMATICALLY RENDER ONE UNSUITABLE.")
25 A PAROLE BOARD DECISION DEPRIVES A PRISONER OF
26 DUE PROCESS IF IT IS NOT SUPPORTED BY " SOME EVIDENCE"
27 OR IS OTHERWISE ARBITRARY. SEE: SUPERINTENDENT V. HILL,
28 472 U.S. 445, 457 (1985).

4.

1  STATEMENT OF GROUND OR ISSUE:  BY FINDING
2 PETITIONER UNSUITABLE FOR RELEASE AT THE 26 JULY 2006
3 HEARING THE BOARD IS MAKING PETITIONER SERVE A TERM
4 THAT IS LONGER THAN IT PRESCRIBED FOR SIMILAR CRIMES
5 OF SECOND DEGREE MURDER IN THE YEARS 2003 TO 2005
6 IN VIOLATION OF THE EQUAL PROTECTION CLAUSE, AND/OR
7 DUE PROCESS CLAUSE.

8 DURING THE YEARS 2003 TO 2005 THE BOARD RELEASED
9 93 SECOND DEGREE MURDERERS WHO HAD SERVED A TERM
10 THAT IS SHORTER THAN THE 27 YEARS PETITIONER HAS SERVED
11 FOR SIMILAR CRIMES OF SECOND DEGREE MURDER, i.e., IN
12 2003 TWELVE WERE RELEASED AFTER SERVING ONLY 18
13 YEARS; IN 2004 FORTY-NINE WERE RELEASED AFTER
14 SERVING ONLY 22 YEARS; AND, IN 2005 THIRTY-TWO WERE
15 RELEASED AFTER SERVING ONLY 24 YEARS AND 7 MONTHS. BY
16 FINDING PETITIONER UNSUITABLE FOR RELEASE AT THE 26
17 JULY 2006 HEARING THE BOARD HAS IMPOSED A
18 ILLEGITIMATE RELEASE SCHEME ON PETITIONER AND IS
19 MAKING PETITIONER SERVE A TERM THAT IS LONGER THAN
20 IT PRESCRIBED FOR SIMILAR CRIMES OF SECOND DEGREE
21 MURDER IN THE YEARS 2003 TO 2005.          11. FOR
22 EACH GROUND RAISED, WAS IT RAISED IN THE STATE
23 COURT? IF SO, WHAT DID THE STATE COURT RULE
24 AND WHEN?  EACH GROUND WAS PRESENTED TO THE
25 CALIFORNIA SUPREME COURT IN A PETITION FOR WRIT
26 OF HABEAS CORPUS. THE PETITION WAS DENIED WITHOUT
27 OPINION ON 12 SEPTEMBER 2007.          12. FOR
28 EACH GROUND/ISSUE RAISED, WAS THIS CLAIM RAISED

1 IN ANY PRIOR FEDERAL PETITION/MOTION? (LIST EACH
2 GROUND SEPARATELY)    NOPE.    13. FOR
3 EACH GROUND/ISSUE RAISED, DOES THIS CLAIM RELY ON
4 A NEW RULE OF CONSTITUTIONAL LAW?  NOPE.
5                                          14. FOR
6 EACH GROUND/ISSUE RAISED, DOES THIS CLAIM RELY
7 ON NEWLY DISCOVERED EVIDENCE? NOPE.    15. FOR
8 EACH GROUND/ISSUE RAISED, DOES THE NEWLY
9 DISCOVERED EVIDENCE ESTABLISH YOUR INNOCENCE? HOW?
10 N/A.                                   16. FOR
11 EACH GROUND/ISSUE RAISED, DOES THE NEWLY DISCOVERED
12 EVIDENCE ESTABLISH A FEDERAL CONSTITUTIONAL ERROR?
13 N/A.                                   17. PROVIDE
14 ANY OTHER BASIS FOR YOUR APPLICATION NOT PREVIOUSLY
15 STATED.    NONE.
16 9TH CIRCUIT RULE 22-3:
17                        IN COMPLIANCE WITH 9TH
18 CIRCUIT RULE 22-3 PETITIONER ATTACHES HERETO AS
19 EXHIBIT A THE RULING FROM THE CALIFORNIA SUPREME
20 COURT CASE NO. S151818.
21                        IN COMPLIANCE WITH 9TH
22 CIRCUIT RULE 22-3 PETITIONER ATTACHES HERETO AS
23 EXHIBIT B A CONFORMED COPY OF THE FEDERAL WRIT
24 HE SEEKS AUTHORIZATION TO FILE IN THE DISTRICT COURT.
25 DATE: 19 SEPT. 2007          Ras Adisa gamba Oluwa
26                             RAS ADISA GAMBA OLUWA
27
28

# EXHIBIT A

# EXHIBIT B

RAS AdiSA GAMbA OLuwA-C48441
NAME

P.O.BOX 7500
PRISON IDENTIFICATION/BOOKING NO.

CRESCENT CiTy. CA 95532
ADDRESS OR PLACE OF CONFINEMENT

Note:  It is your responsibility to notify the Clerk of Court in writing of any
change of address. If represented by an attorney, provide his name,
address, telephone and facsimile numbers, and e-mail address.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RAS Adisa GAMbA OLuwA - PRoSE<br>FULL NAME (*Include name under which you were convicted*)<br><br>Petitioner, | CASE NUMBER:<br><br>CV _____<br>To be supplied by the Clerk of the United States District Court |
| CALiFORNIA BOARD OF PAROLE HEARiNGS,<br>SECRETARY: JAMES TiLTON,<br>GOVERNOR: A. SchWARZENEGGER, ETAL.,<br>NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED<br>PERSON HAVING CUSTODY OF PETITIONER<br><br>Respondent. | ☐ _____  **AMENDED**<br><br>**PETITION FOR WRIT OF HABEAS CORPUS**<br>**BY A PERSON IN STATE CUSTODY**<br>28 U.S.C. § 2254<br><br>PLACE/COUNTY OF CONVICTION LOS ANGELES<br>PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT<br>(*List by case number*)<br>CV 93-4962RSWL(AJW)<br>CV |

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.  To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.  In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.  Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.  Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.  You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5.  You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6.  When you have completed the form, send the original and two copies to the following address:

> Clerk of the United States District Court for the Central District of California
> United States Courthouse
> ATTN: Intake/Docket Section
> 312 North Spring Street
> Los Angeles, California 90012

---

8.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☒ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention **PELICAN BAY STATE PRISON - DEL NORTE COUNTY**
   b. Place of conviction and sentence **LOS ANGELES CITY - COUNTY OF L.A.**

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.
   a. Nature of offenses involved *(include all counts)*: **2ND DEGREE MURDER BASED UPON CHILD-ENDANGERMENT OF THE ASSAULT VARIETY OCCURING ON 27 April 1980**
   b. Penal or other code section or sections: **187/190, 273a(1), 273d, 1168(b): WEST 1980**

   c. Case number: **A 365 228**
   d. Date of conviction: **24 April 1982**
   e. Date of sentence: **26 May 1982**
   f. Length of sentence on each count: **15 YEARS TO LIFE**

   g. Plea *(check one)*:
      ☒ Not guilty **NGI ( NOT GUILITY BY REASON OF INSANITY)**

      ☐ Guilty

      ☐ Nolo contendere
   h. Kind of trial *(check one)*:
      ☐ Jury

      ☒ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☒ Yes  ☐ No
   If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
   a. Case number: **2 CRIM. No. 42602**
   b. Grounds raised *(list each)*:
      (1) _____ **N/A** _____

---

**9.**

    (2) _____

    (3) _____

    (4) _____

    (5) _____

    (6) _____

c.  Date of decision: __**14 DEC. 1983**_____

d.  Result __**JUDGMENT AFFIRMED**_____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☐ Yes  ☒ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a.  Case number: _____

b.  Grounds raised *(list each)*:

    (1) _____

    (2) _____

    (3) _____

    (4) _____

    (5) _____

    (6) _____

c.  Date of decision: _____

d.  Result _____

5. If you did not appeal:

a.  State your reasons _____

b.  Did you seek permission to file a late appeal?  ☐ Yes  ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
  ☒ Yes  ☐ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)

10.

a. (1) Name of court: SUPREME COURT OF CALIFORNIA

   (2) Case number: S151818

   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: 10 APRIL 2007

   (4) Grounds raised *(list each)*:

     (a) VIOLATION OF DUE PROCESS OR EIGHTH AMENDMENT

     (b) VIOLATION OF EQUAL PROTECTION OR DUE PROCESS

     (c) _____

     (d) _____

     (e) _____

     (f) _____

   (5) Date of decision: 12 SEPT. 2007

   (6) Result DENIED

   (7) Was an evidentiary hearing held?    ☐ Yes    ☒ No

b. (1) Name of court: _____

   (2) Case number: _____

   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

   (4) Grounds raised *(list each)*:

     (a) _____

     (b) _____

     (c) _____

     (d) _____

     (e) _____

     (f) _____

   (5) Date of decision: _____

   (6) Result _____

   (7) Was an evidentiary hearing held?    ☐ Yes    ☐ No

c. (1) Name of court: _____

   (2) Case number: _____

   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

   (4) Grounds raised *(list each)*:

     (a) _____

     (b) _____

11.

   (c) _____

   (d) _____

   (e) _____

   (f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?  ☑ Yes  ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

  **CAUTION:**  *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a. Ground one: DUE PROCESS REQUIRES A RELEASE DATE TO BE SET FOR RAS SINCE HE IS NOT PRESENTLY A DANGER TO SOCIETY

  (1) Supporting FACTS: UNDER CALIFORNIA LAW A PRISONER IS ENTITLED TO PAROLE IF HE IS NOT PRESENTLY A DANGER TO SOCIETY. RAS WAS NOT A DANGER TO SOCIETY AT HIS 26 JULY 2006 BOARD HEARING YET THE BOARD REFUSED TO SET HIM A RELEASE DATE IN VIOLATION OF DUE PROCESS AND/OR THE 8TH AMENDMENT

  (2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☑ No

  (3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☑ No

  (4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☑ Yes  ☐ No

b. Ground two: THE BOARD HAS RELEASED 93 2ND dEGREE MURDERERS WHO HAVE SERVED A TERM THAT IS SHORTER THAN THE 27 YEARS RAS HAS SERVED

  (1) Supporting FACTS: BY FINDING RAS UNSUITABLE FOR RELEASE AT THE 26 JULY 2006 HEARING THE BOARD IS MAKING RAS SERVE A TERM THAT IS LONGER THAN IT PRESCRIBED FOR SIMILAR CRIMES OF 2ND DEGREE MURdER IN THE YEARS 2003 TO 2005 IN VIOLATION OF EQUAL PROTECTION AND/OR DUE PROCESS

  (2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☑ No

  (3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☑ No

12.

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☒ Yes    ☐ No

c.  Ground three: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

d.  Ground four: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

e.  Ground five: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

13.

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: ALL GROUNDS HAVE BEEN PRESENTED TO THE CALIFORNIA SUPREME COURT

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction? ☒ Yes   ☐ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: THIS INSTANT COURT

(2) Case number: CV 93-4962 RSWL (AJW)

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: 19 AUG. 1993

(4) Grounds raised *(list each)*:

(a) 8TH AMENDMENT VIOLATED

(b) EX POST FACTO CLAUSE VIOLATED

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: 21 JUNE 1995

(6) Result DENIED

(7) Was an evidentiary hearing held?   ☐ Yes   ☒ No

b. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

14.

(7) Was an evidentiary hearing held?    ☐ Yes    ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?    ☐ Yes    ☒ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

11. Are you presently represented by counsel?    ☐ Yes    ☒ No

If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

*Ras Adisa gamba Oluwa*

*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____          *Ras Adisa gamba Oluwa*
              *Date*                    *Signature of Petitioner*

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONS AGENCY                                    GEORGE DEUKMEJIAN, Governor

DEPARTMENT OF CORRECTIONS

## CALIFORNIA MEDICAL FACILITY

VACAVILLE, CALIFORNIA  95696-2000



April 10, 1985


Mr. Jonnie Ray Ross
1155 West 102 Street
Los Angeles, CA  90044


Dear Mr. Ross:

OLUWA, ADISA   C-48441

This is in response to your inquiry regarding our prisoner, Adisa Oluwa,
C-48441.

We are not in a position to determine the basis of rumors.  Mr. Oluwa's
commitment to the California Department of Corrections did not include the
charge of child molesting.

If I can provide any further information, please advise me.  Thank you for your
interest in your brother's case.


EDDIE YLST
Superintendent
(707) 448-6841


Date _6-23-95_ I certify this to be a true copy of the official
document on file. _Gwen Allyn Braden,_ Records Manager

16.                                     8.(a)

PROOF OF SERVICE BY MAIL

BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5, 28 U.S.C. § 1746)

I, RAS ADISA GAMBA OLUWA _____, declare:

I am over 18 years of age and a party to this action. I am a resident of PELICAN BAY STATE PRISON _____ Prison,

in the county of DEL NORTE _____

State of California. My prison address is: P.O. BOX 7500 - C48441

CRESCENT CITY. CA 95532-0001

On 19 SEPTEMBER 2007
(DATE)

I served the attached: APPLICATION FOR LEAVE TO FILE SECOND OR SUCCESSIVE

PETITION OR MOTION UNDER 28 U.S.C. § 2254 OR § 2255
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

U.S. COURTS OFFICE OF CLERK: C.A. CATTERSON P.O. BOX 193939
SAN FRANCISCO. CA 94119-3939

2. ATTORNEY GENERAL EDMUND G. BROWN, JR. 455 GOLDEN GATE AVENUE
SUITE 11000 SAN FRANCISCO. CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on 19 SEPT. 2007           Ras Adisa gamba Oluwa
(DATE)                              (DECLARANT'S SIGNATURE)

17.

*Confidential*

MEMO

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

SEP 2 4 2007

Filed 9/2?

FILED........................
DOCKETED...................
                    DATE       INITIAL

ENTRY: **19** SEPT. 2007

Dear Clerk:

Seasons greetings. Please And thank you to File my attached:

APPLICATION FOR LEAVE
TO FILE SECOND OR
SUCCESSIVE PETITION OR
MOTION UNDER 28 U.S.C.
§2254 OR §2255

@ **17** pages Original plus 3 Conformed Copies.

ALSO would you please SEND TO ME the DOCKET NUMBER that you give this Application so I may have it for my RECORDS?

THAT BEING ALL TO COMMUNICATE AT THIS WRITE. I remain Same

Sincerely Yours, ℞

PRO SE

INTERNAL USE ONLY: Proceedings include all events.
07-73813 Oluwa, et al v. Horel

9/26/07    1    Application for leave to file a second or successive
                petition filed.    (MOATT) (ft)

12/26/07   3    Case to motions panel.    [07-73813] (rayc)
                [Entry date 12/27/07]

12/27/07   2    Order filed: The Clerk shall substitute Robert Horel,
                Warden, as the proper respondent. (CITE). The application
                for authorization to file a second or successive (cite)
                habeas corpus petition in the district court is denied as
                unnecessary because petitioner raises a first challenge to
                the Board of Parole Hearings' decision of 7/26/06, which is
                not a second or successive petition under (CITE).
                Accordingly, the Clerk shall transfer the petition to the
                United States District Court for the Central District of
                California. The petition for a writ of habeas corpus shall
                be deemed filed in the district court on 9/19/07. Upon
                transfer of the petition, the Clerk shall close this
                original action. TRANSFERRED. ( Procedurally Terminated
                After Other Judicial Action; Transferred; Alfred T.
                GOODWIN, Stephen R. REINHARDT, William A. FLETCHER )
                [07-73813] (rayc)

12/27/07   6    Sent document petition to USDC - CAC (Los Angeles), 312 N.
                Spring St., Los Angeles, CA 90012. Cert Mail no. 7006 2760
                0004 2804 1700.    [07-73813] (rayc)

FILED

2008 JAN 18 AM 10: 58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____

CV 08-336 - RSWL (AJW)

                          NON-PUBLIC DOCKET FOR
                     Ninth Circuit Court of Appeals

Court of Appeals Docket #: 07-73813                        Filed: 9/26/07
Nsuit:     0
Oluwa, et al v. Horel
Appeal from: Central District of California, Los Angeles

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
     1) original proceeding
     2) Successive Habeas Corpus
     3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0973-2 : CV-93-04962-RSWL
     Date Filed: **/**/**
     Date order/judgment: **/**/**
     Date NOA filed: **/**/**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: due

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Docket as of December 27, 2007 10:38 am          Page 1    NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.
07-73813 Oluwa, et al v. Horel

RAS ADISA GAMBA OLUWA                    Ras Adisa Gamba Oluwa
     Petitioner                          C-48441
                                         [NTC prs]
                                         PBSP - PELICAN BAY STATE PRISON
                                         P.O. Box 7500
                                         Crescent City, CA 95532-7500


     v.

ROBERT HOREL, Warden
     Respondent

INTERNAL USE ONLY: Proceedings include all events.
07-73813 Oluwa, et al v. Horel

RAS ADISA GAMBA OLUWA

       Petitioner

v.

DEPARTMENT OF CORRECTIONS FOR THE STATE OF CALIFORNIA

       Respondent

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

RECEIVED
CLERK, U.S DISTRICT COURT

**DEC 3 1 2007**

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

September 26, 2007

U.S. Court of Appeals Docket No.:    07-73813
Short Title:                         Oluwa v. Dept of Corrections

Dear Mr. Oluwa:                 ( V / 0 8 - 3 3 6 - R S W L ( A J W )

This is to acknowledge receipt of your Application for Permission to File a Second
or Successive Habeas Corpus Petition.

All subsequent letters and request for information regarding this matter will be
added to your file to be considered at the same time the cause is brought before the
court.

The file number and the title of your case should be shown in the upper right
corner of your letter to the clerk's office. All correspondence should be directed
to the above address pursuant to Circuit Rule 25-1.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Fred Taylor
Deputy Clerk



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

January 18, 2008

Ras Adisa Gamba Oluwa
No Number#  C - 4 8 4 4 1
P. O. Box 7500
Crescent City, CA 95532

Re:  Petition for Writ of Habeas Corpus by a Person in ☐ Federal Custody / ☒ State Custody

Formerly No. _07-73813_____ ,

in the U.S. District Court., _Appeals Ninth Circuit_ District of _Appeals_____

Assigned Civil No. _CV-08-336-RSWL(AJW)_____ in the U.S. District Court, Central District of California

Dear Sir/Madam:

The above case has been transferred to this District and assigned the number shown above. Please refer to this number in all future communications and address all correspondence to the attention of:

☐  Courtroom Deputy Clerk for Judge _____
☒  Courtroom Deputy Clerk for Magistrate Judge _Andrew J. Wistrich_____

Under Local Court Rule 11-4.1, all documents in this Court are filed original plus one unexecuted copy, which must be clear and legible (the first carbon). The copy is for use by the ☐ Judge / ☒ Magistrate Judge.

Local Court Rule 11 has many requirements as to form of documents. A copy thereof is enclosed to assist you in your action now before this Court.

Local Court Rule 41-6 requires that a party proceeding pro se shall keep the Court and opposing counsel apprised of such party's current address. If mail directed by the clerk to such address of record is returned undelivered by the Post Office, and if such pro se party fails to notify, in writing, the Court and opposing parties within fifteen (15) days thereafter of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By _C. Sawyer_____
Deputy Clerk

Enclosures: Copy of Local Rules 5, 7, 26-37, and 41

CV-38 (10/01)                **LETTER RE HABEAS CORPUS TRANSFER-IN**



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

~~SHERRI R. CARTER~~
District Court Executive and
Clerk of Court

January 18, 2008

Ras Adisa Gamba Oluwa
No Number# *C - 4844 |*
P. O. Box 7500
Crescent City, CA 95532

Dear Sir or Madam:

Your petition has been filed and assigned civil case number _____ CV-08-336-RSWL(AJW) _____.

Upon the submission of your petition, it was noted that the following discrepancies exist:

☑ 1.  You did not pay the appropriate filing fee of $5.00. Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to *Clerk, U.S. District Court*. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety. The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

2.  The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

☐  (a)  You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

☐  (b)  Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

☑  (c)  You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison

☐  (d)  You did not use the correct form. You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

☐  (e)  Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account form.

Sincerely,

Clerk, U. S. District Court


By: _C. Sawyer_____
    Deputy Clerk

encls

FILED

UNITED STATES COURT OF APPEALS

DEC 27 2007

2008 JAN 18 AM 10: 58

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

RAS ADISA GAMBA OLUWA,

Petitioner,

v.

ROBERT HOREL, Warden,

Respondent.

No. 07-73813

CV 08 - 336 - RSWL (AJW)

ORDER

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 3 1 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Before: GOODWIN, REINHARDT and W. FLETCHER, Circuit Judges.

The Clerk shall substitute Robert Horel, Warden, as the proper respondent.

*See* Fed. R. App. P. 43(c)(2).

The application for authorization to file a second or successive 28 U.S.C.

§ 2254 habeas corpus petition in the district court is denied as unnecessary because

petitioner raises a first challenge to the Board of Parole Hearings' decision of July

26, 2006, which is not a second or successive petition under 28 U.S.C. §

2244(b)(3)(A). *Cf. Hill v. Alaska*, 297 F.3d 895 (9th Cir. 2002).

Accordingly, the Clerk shall transfer the petition to the United States District

Court for the Central District of California.

The petition for a writ of habeas corpus shall be deemed filed in the district

court on September 19, 2007.

I hereby attest and certify on 2/12/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1196

07-73813

Upon transfer of the petition, the Clerk shall close this original action.

**TRANSFERRED.**

MOATT                                            2

Case 2:08-cv-00336-RSWL-AJW    Document 3    Filed 01/18/2008    Page 1 of 1

FILED

I hereby attest and certify on 2/11/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1196

2008 JAN 18  AM 11: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ras Adisa Gamba Oluwa | CASE NUMBER |
|---|---|
| PETITIONER(S) | CV-08-336-RSWL(AJW) |
| v. | |
| Robert Horel, Warden | NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (Petition for Writ of Habeas Corpus) |
| RESPONDENT(S). | |

Pursuant to General Order 07-02 , the within action has been assigned to the calendar of the Honorable _Ronald S. W. Lew_____, U.S. District Judge. Pursuant to General Order 05-07, the within action is referred to U. S. Magistrate Judge _Andrew J. Wistrich_____, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Clerk, U. S. District Court

1-18-08                              By C. Sawyer_____
Date                                      Deputy Clerk

CLOSED, ICMS, ProSe

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:99-cv-05264-MMC
## Internal Use Only

Oluwa v. Terhune
Assigned to: Judge Maxine M. Chesney
Demand: $0
Case in other court:
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 12/14/1999
Date Terminated: 01/07/2000
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Ras Adisa Gamba Oluwa**

represented by **Ras Adisa Gamba Oluwa**
C-48441
CSP-Sacramento
CA State Prison-Folsom(New)
P O Box 290066
Represa, CA 95671
PRO SE

V.

**Respondent**

**CA Dir. Corrections C. A. Terhune**

represented by **Elizabeth S. Angres**
Office of Attorney General of California
300 S Spring Street
Suite 500
Los Angeles, CA 90013-1204
(213) 897-2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/1999 | 1 | ORIGINAL file, certified copy of transfer order and docket sheet received from USDC Central District of California (Western Division) (no process). Fee status tifpp [3:99-cv-05264] (ab, COURT STAFF) (Entered: 12/20/1999) |
| 12/14/1999 | | IN FORMA PAUPERIS AFFIDAVIT by Petitioner for leave to proceed in forma pauperis [3:99-cv-05264] (ab, COURT STAFF) (Entered: 12/20/1999) |
| 12/20/1999 | 2 | CLERK'S NOTICE re transfer case [3:99-cv-05264] (ab, COURT STAFF) (Entered: 12/20/1999) |
| 01/07/2000 | | (Court only) Certificate of Service Produced [3:99-cv-05264] (tl, COURT STAFF) (Entered: 01/07/2000) |
| 01/07/2000 | 3 | ORDER by Judge Maxine M. Chesney petition for writ of habeas corpus is dismissed; all pending motions are terminated; dismissing case ; appeal filing ddl 2/11/00 ( Date Entered: 1/12/00) (cc: all counsel) [3:99-cv-05264] (ab, COURT STAFF) (Entered: 01/12/2000) |

| | | |
|---|---|---|
| 01/07/2000 | 4 | JUDGMENT: petition for a writ of habeas corpus is dismissed as a successive petition without prejudice to refiling after obtaining necessary order from the court of appeals; all pending motions are terminated; dismissing case ; appeal filing ddl 2/11/00 ( Date Entered: 1/12/00) (cc: all counsel) [3:99-cv-05264] (ab, COURT STAFF) (Entered: 01/12/2000) |
| 02/04/2000 | 5 | NOTICE OF APPEAL by Petitioner from Dist. Court decision judgment [4-2] Fee status ifpp [3:99-cv-05264] (ab, COURT STAFF) (Entered: 02/08/2000) |
| 02/22/2000 | | (Court only) Certificate of Service Produced [3:99-cv-05264] (tl, COURT STAFF) (Entered: 02/22/2000) |
| 02/22/2000 | 6 | ORDER by Judge Maxine M. Chesney denying certificate of appealability ( Date Entered: 2/25/00) (cc: all counsel) [3:99-cv-05264] (ab, COURT STAFF) (Entered: 02/25/2000) |
| 02/22/2000 | | RECORD on Appeal to USCA, cnsl notified. re appeal [5-1] [3:99-cv-05264] (ab, COURT STAFF) (Entered: 02/25/2000) |
| 04/10/2000 | | NOTIFICATION by Circuit Court of Appellate Docket Number 00-15546 [3:99-cv-05264] (ab, COURT STAFF) (Entered: 04/10/2000) |
| 04/10/2000 | 7 | RECEIPT from USCA of clerk's record on appeal [3:99-cv-05264] (ab, COURT STAFF) (Entered: 04/10/2000) |
| 10/26/2000 | 10 | RECORD ON APPEAL RETURNED FROM USCA [5-1] [3:99-cv-05264] (ab, COURT STAFF) (Entered: 11/02/2000) |
| 10/30/2000 | 8 | CERTIFIED COPY of USCA Order: denying certificate of appealability [5-1]; all pending motions are denied [3:99-cv-05264] (ab, COURT STAFF) (Entered: 11/01/2000) |
| 11/02/2000 | 9 | CLERK's letter spreading the mandate to counsel. re appeal [5-1] [3:99-cv-05264] (ab, COURT STAFF) (Entered: 11/02/2000) |
| 11/28/2000 | | RECEIVED copy of petition for rehearing submitted by Petitioner to USCA [3:99-cv-05264] (ab, COURT STAFF) (Entered: 11/29/2000) |
| 11/28/2000 | 11 | PETITION by Petitioner for rehearing [3:99-cv-05264] (ab, COURT STAFF) (Entered: 12/04/2000) |

CLOSED, ICMS, ProSe

## U.S. District Court
### California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:97-cv-03647-MMC
### Internal Use Only

Oluwa v. Cambra, et al
Assigned to: Judge Maxine M. Chesney
Demand: $0
Case in other court: 1, :00- -00000
                1, :97-th-06705
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 10/06/1997
Date Terminated: 02/02/1998
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Ras Adisa Gamba Oluwa**
    represented by  **Ras Adisa Gamba Oluwa**
                                C-48441
                                CSP-Sacramento
                                CA State Prison-Folsom(New)
                                P O Box 290066
                                Represa, CA 95671
                                PRO SE

V.

**Respondent**

**Steven Cambra**
    represented by  **Bruce Michael Slavin**
                                Attorney at Law
                                50 Fremont St
                                Room 300
                                San Francisco, CA 94105
                                (415) 356-6158
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of California**
    represented by  **Bruce Michael Slavin**
                                (See above for address)
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

**Respondent**

**CA State Atty Gen. Daniel E. Lungren**
    represented by  **Bruce Michael Slavin**
                                (See above for address)
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

**Respondent**

**Board of Prison Terms**
    represented by  **Bruce Michael Slavin**
                                (See above for address)
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/1997 | 1 | ORIGINAL file, certified copy of transfer order and docket sheet received from USDC Central District of CA No. 97-6705 WDK (no process). Fee status tifpp [3:97-cv-03647] (scu, COURT STAFF) (Entered: 10/06/1997) |
| 10/09/1997 | 2 | LETTER to clerk dated 10/2/97 from Adisa Gamba Oluwa re procedure of filing [3:97-cv-03647] (ab, COURT STAFF) (Entered: 10/09/1997) |
| 11/18/1997 | 3 | ORDER TO SHOW CAUSE re why a writ of HC should not be issued: by Judge Maxine M. Chesney; Granting IFP; Clerk shall certify mail copy of this order and petition, all attachments upon respondent and respondent's attorney, copy of this order on petitioner (cc: all counsel) [3:97-cv-03647] (ab, COURT STAFF) Modified on 11/19/1997 (Entered: 11/19/1997) |
| 12/29/1997 | 4 | MOTION before Judge Maxine M. Chesney by Respondent to dismiss [3:97-cv-03647] (ab, COURT STAFF) (Entered: 12/30/1997) |
| 01/16/1998 | 5 | TRAVERSE by Petitioner [3:97-cv-03647] (ab, COURT STAFF) (Entered: 01/16/1998) |
| 02/02/1998 | 6 | ORDER by Judge Maxine M. Chesney denying petition for writ of HC; dismissing case ; appeal filing ddl 3/4/98 ( Date Entered: 2/2/98) (cc: all counsel) [3:97-cv-03647] (ab, COURT STAFF) (Entered: 02/02/1998) |
| 02/02/1998 | 7 | JUDGMENT: denying petition for writ of HC; dismissing case ; appeal filing ddl 3/4/98 ( Date Entered: 2/2/98) (cc: all counsel) [3:97-cv-03647] (ab, COURT STAFF) (Entered: 02/02/1998) |
| 02/20/1998 | 8 | NOTICE OF APPEAL by Petitioner from Dist. Court decision judgment [7-2], order [6-2] Fee status ifpp. [3:97-cv-03647] (ab, COURT STAFF) (Entered: 02/20/1998) |
| 02/27/1998 | 9 | ORDER by Judge Maxine M. Chesney denying certificate of appealability and request for stay pending appeal. clerk to process appeal ( Date Entered: 3/2/98) (cc: all counsel) [3:97-cv-03647] (ab, COURT STAFF) (Entered: 03/02/1998) |
| 03/03/1998 | | RECORD on Appeal to USCA, cnsl notified. re appeal [8-1] [3:97-cv-03647] (ab, COURT STAFF) (Entered: 03/03/1998) |
| 05/18/1998 | 11 | CERTIFIED COPY of USCA Order: denying certificate of appealability; appeal [8-1] [3:97-cv-03647] (ab, COURT STAFF) (Entered: 05/19/1998) |
| 05/19/1998 | 10 | RECORD ON APPEAL RETURNED FROM USCA [8-1] (1 folder) [3:97-cv-03647] (ab, COURT STAFF) (Entered: 05/19/1998) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Clerk, United States District Court
Northern District of California
Internal Box 36060
San Francisco, CA.

RECEIVED

FEB 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

