```
RAS Adisa Gamba Oluwa
P.O. Box 7500-C48441
Crescent City, CA 95532
(Tel) 7074659160
```

FILED
08 MAR 13 PM 3:40
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAS ADISA GAMBA OLUWA
        Plaintiff,

vs.

JAMES TILTON; ROBERT HOREL, ET AL,
        Defendants.

CASE NO. CV 08 1086 MMC (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, RAS ADISA GAMBA OLUWA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

1986 prison employment @ $42 per month for 8 months. Prior to imprisonment I was employed as a tutor in the Pan African Studies Department CA State University Northridge 91330

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?      Yes ___ No ✓

    c. Rent payments?      Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ NONE _____

_____

5. Do you own or are you buying a home?   Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes _____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ____ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

_____

8. What are your monthly expenses? N/A

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____NONE_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  OLUWA V. BOARD OF PAROLE HEARINGS No. S151818 STATE OF CA
10  SUPREME COURT
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  8 March 2008                    Ras Adisa gamba Oluwa
17     DATE                         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 4 -

| | |
|---|---|
| 1 | Case Number:_____ |

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Adisa Gamba Oluwa  C48441</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.     (20%= $0.00)

Dated: 2/15/08                                                       _____
                                                                     Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

```
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                   PELICAN BAY STATE PRISON
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

          FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 14, 2008

ACCOUNT NUMBER : C48441                BED/CELL NUMBER: BF01U 000000207S
ACCOUNT NAME   : OLUWA, ADISA GAMBA    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                       TRUST ACCOUNT ACTIVITY

         << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                      CURRENT HOLDS IN EFFECT

 DATE       HOLD
 PLACED     CODE      DESCRIPTION              COMMENT       HOLD AMOUNT
 ------     ----      -----------              -------       -----------
06/23/2005  H106   UNITED PARCEL SERVICE HOLD   4782              40.00
06/23/2005  H106   UNITED PARCEL SERVICE HOLD   4782              11.16
06/23/2005  H106   UNITED PARCEL SERVICE HOLD   4782              10.95
06/23/2005  H106   UNITED PARCEL SERVICE HOLD   4782               9.97
06/23/2005  H106   UNITED PARCEL SERVICE HOLD   4782              10.95
10/31/2005  H116   FEDERAL FILING FEE HOLD      1574 INT           1.13

                       TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL        TOTAL        CURRENT       HOLDS       TRANSACTIONS
 BALANCE      DEPOSITS     WITHDRAWALS  BALANCE       BALANCE     TO BE POSTED
 ---------    --------     -----------  -------       -------     ------------
    0.00        0.00          0.00         0.00        84.16          0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------
  84.16-

No. CV08 1086 MMC (PR)

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5, 28 U.S.C. § 1746)

I, **RAS ADISA GAMBA OLUWA**, declare:

I am over 18 years of age and a party to this action. I am a resident of **PELICAN BAY STATE PRISON** Prison,

in the county of **DEL NORTE**,

State of California. My prison address is: **P.O. Box 7500-C48441**

**CRESCENT CITY, CA 95532-0001**,

On **8 March 2008**
 (DATE)

I served the attached: **PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
PO BOX 36060
SAN FRANCISCO, CA 94102-9680

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **8 March 2008**        **Ras Adisa gamba Oluwa**
 (DATE)                              (DECLARANT'S SIGNATURE)

7.

MEMO

ENTRY: 8 March 2008

CASE NO. CV 08 1086 MMC (PR)

Dear Clerk:

Peace. Please and thank you to file my attached

Prisoner's
Application to Proceed
In Forma Pauperis
@ 7 pages

That being all to communicate at this write. I remain Dame:

Cencerly yours,
Rx

Rao A. ajemba Oluwa, B120704-8441
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-0001

CONFIDENTIAL

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680