1  Ras Adisa Gamba Oluwa - Pro Se
   31625 Highway 101
2  P.O. Box 1080
   Soledad · CA 93960
3

**FILED**
08 MAY -8 PM 4:48
[clerk stamp, U.S. District Court, Northern District of California]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-1086 MMC

10  Ras Adisa Gamba Oluwa                No. CV 08-1068 MMC (PR)
11        Petitioner,                    CHANGE OF ADDRESS
12        v.
13  Board of Parole Hearings, et al.,
14        Defendants.                /

15 To: Clerk of Court and Justice:

16 PLEASE TAKE NOTICE that effective immediately Petitioner
17 has a change of address to:  Ras Adisa Gamba Oluwa
                                31625 Highway 101
18                              P.O. Box 1080
                                Soledad · CA 93960.
19

20 That being all to communicate at this time.

21  6 MAY 2008                          Ras Adisa Gamba Oluwa
       DATE                              Ras Adisa Gamba Oluwa

1.

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. Sec. 466 & 2015.5; 28 U.S.C. Sec. 1746) No. CV08-1068 MMC (PR)

I, **RAS ADISA GAMBA OLUWA** declare under penalty of perjury that: I am the **PETITIONER** in the above entitled action; I have read the following documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and to those matters, I believe they are true..

Executed this **6** day of **MAY**, 20**08**, at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) Ras Adisa Gamba Oluwa
DECLARANT / INMATE

---

PROOF OF SERVICE BY MAIL
(C.C.C.P. Sec. 1013(a) & 2015.5; 28 U.S.C. Sec. 1746)

I, **RAS ADISA GAMBA OLUWA**, am a resident of Salinas Valley State Prison, in the County of Monterey, State of California; I am over eighteen (18) years of age and am / am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On **6 MAY**, 20**08**, I served the foregoing: **CHANGE OF ADDRESS**

(Set forth exact title of document(s) served.)

on the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the Salinas Valley State Prison mail system.

**U.S. DISTRICT COURT 450 GOLDEN GATE AVE. SAN FRANCISCO. CA 94102**

(List parties served)

There is delivery service by the United States Mail at the place so addressed, and / or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **6 MAY**, 20**08**.    Ras Adisa Gamba Oluwa
DECLARANT / INMATE

ORIGINAL

2.

CONFIDENTIAL
MEMO

DATE: 6 MAY 2008

CASE No. CV08-1068MMC (PR)

Dear Clerk:

Peace. Please file my enclosed: CHANGE OF ADDRESS @ 2 pages Original plus 1 copy.

THAT BEING ALL TO COMMUNICATE AT this WRITE. I remain same:

Truly yours,
Rx

Ras Adisa Gamba Oluwa, C48441
Salinas Valley State Prison: D6 127
31625 Highway 101
P.O. Box 1020
Soledad, CA 93960

**STATE PRISON GENERATED MAIL**

CONFIDENTIAL

U.S. Courts
Office of Clerk: Honorable R.W. Wieking
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102



02 1A
0004397458
$ 00.58⁰
MAILED FROM ZIP CODE 93960
MAY 07 2008
PITNEY BOWES

9410243851 0004