IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS ADISA GAMBA OLUWA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>M. EVANS, Warden,<br><br>　　　　Respondent.　　　　　　　　　／ | No. CV-08-1086 MMC (PR)<br><br>**JUDGMENT IN A CIVIL CASE** |

　　**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED, a certificate of appealability is hereby DENIED.


Dated: February 23, 2011　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　*Tracy Lucero*

　　　　　　　　　　　　　　　　　　　　　　　　By: Tracy Lucero
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk